

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00647-CR

**EX PARTE** Jose Armando **CALVILLO ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 13369CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

DISMISSED

Appellant Jose Armando Calvillo Ortiz has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, signed by Calvillo Ortiz and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH